IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MARIA FELIX HURTADO SOMOZA as next friend of NORVIN DAVID DIAZ, *

*

Petitioner, Case No. 4:26-CV-00841-CDL-ALS

v. *

WARDEN STEWART DETENTION CENTER, et al, *

*

Respondents.

---

**J U D G M E N T**

Pursuant to this Court's Order dated November 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered, dismissing this case.

This 18th day of November, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk